## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. Jr., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  25-5563 |

## ORDER

**AND NOW**, this 23rd day of March 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **DENIED**.

**BY THE COURT**:


_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge